# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDWARD BRAVOT, SR., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 1:21-cv-00681-BAM (PC) <br><br> ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A 440 CIVIL ACTION |

Plaintiff Christopher Edward Bravot, Sr. ("Plaintiff") is a state prisoner proceeding *pro se* in this case. On April 16, 2021, Plaintiff filed the complaint commencing this action, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2), in the Sacramento Division of the United States District Court in the Eastern District of California. The Clerk designated the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. The case was then transferred to the Fresno Division. (ECF No. 4.)

Upon further review by the Court, it has been determined that the present action is a regular civil action and does not involve a prisoner or detainee litigating the conditions of his confinement.

Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court shall re-designate this action as a civil action with nature of suit 440; and

1

2. The Clerk of the Court shall designate the case number in this action as follows: Case No. 1:21-cv-00681-BAM.

IT IS SO ORDERED.

Dated: __April 26, 2021__   /s/ Barbara A. McAuliffe _
UNITED STATES MAGISTRATE JUDGE

2